**AMERICAN INTERNATIONAL**
**CHEMICAL, INC., Plaintiff–**
**Appellee,**

**v.**

**UNITED STATES, Defendant–**
**Appellant.**

No. 2005–1569.

United States Court of Appeals,
Federal Circuit.

Feb. 27, 2006.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of the United States to voluntarily dismiss its appeal (CIT 02–00624),

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.